UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lorena Jenkinsen,<br><br>          Plaintiff,<br>v.<br><br>UNCI LLC; and DOES 1-10, inclusive,<br><br>          Defendants. | Civil Action No.: 1:14-cv-12870-RGS |

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 1, 2014

          Respectfully submitted,

          PLAINTIFF, Lorena Jenkinsen

          /s/ Sergei Lemberg

          Sergei Lemberg, Esq.
          B.B.O. No.: 650671
          **LEMBERG LAW, L.L.C.**
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile:  (203) 653-3424
          slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg
                                                  Sergei Lemberg