UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lorena Jenkinsen, | : |
| | : |
| | : Civil Action No.: 1:14-cv-12870-RGS |
| Plaintiff, | : |
| v. | : |
| | : |
| UNCI LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |
| | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Lorena Jenkinsen ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 17, 2014

                Respectfully submitted,

                By: /s/ Sergei Lemberg

                Sergei Lemberg, Esq.
                BBO No.: 650671
                Lemberg Law, L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile: (203) 653-3424
                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg
                                                 Sergei Lemberg